IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

Monica M. Rider
(Enter Above the Name of the Plaintiff in this Action)

3:21-cv-77

vs.

Walter H. Rice

Amerit Fleet Solution, Inc
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

Jim Kleon
Monica McKinney
Eric Williams

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Monica M. Rider
Name - Full Name Please - PRINT

2262 E David Rd Apt C
Street Address

Kettering OH 45440
City, State and Zip Code

815-793-3472
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Amerit Fleet Solution, Inc
   Name - Full Name Please
   1331 N. California Blvd Suite 150, Walnut Creek CA 94596-4535
   Address: Street, City, State and Zip Code

2. Jim Kleon
   1331 N. California Blvd Suite 150, Walnut Creek CA, 94596-4535

3. Monica McKinney
   1331 N. California Blvd, Suite 150, Walnut Creek CA, 94596-4535

4. Eric Williams
   1331 N. California Blvd, Suite 150 Walnut Creek, CA, 94596-4535

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☒ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒ Title 42 United States Code, Section 2000-e
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece this piece of paper.

1) I signed an Arbitration form at the time of employment 12/2015, I was terminated 04/11/2019. I did not realize I sign an Arbitration until an attorney pointed it out to me. I called multiple times, leaving messages (I can give you dates and time upon request) and then email Amerit Fleet Solution asking for an Arbitration hearing on November 19, 2020 and again on January 12, 2021 and they haven't responded to my request and I inform them in my email that I was going to the Courts about this matter and still No response. Currently, I am omitting any Arbitration unless order by the court.

2) Wrongful termination. Amerit fleet Solutions, INC stated that I was terminated for not following company instruction, policy, contract, or reasonable standards of conduct 04/24/2019. They never told me what company instruction, policy, contract, or reasonable standards of conduct I did not follow.

3) Violation of State Labor Laws and Fiduciary Duties Laws. Amerit Fleet Solution terminated me for one reason but gave Unemployment another reason for termination. Jim Kleon ( Supervisor) came to my shop in Springfield Ohio and went into the office and called HR and then called me into the office and the call was over the speaker phone and I Spoke with Monica McKinney she said, her and someone in HR has decided that we need to separate and that today was my last day 04/11/2019.

4) Systemic racism on the Job and Discrimination of a Minority, Discrimination of a Woman and Discrimination of an African American Woman. Amerit Fleet Solution and Jim Kleon and Monica McKinney. From January 2019 – April 2019. We are contractors, employed with Amerit fleet Solution, Inc but we work for At&t. Each garage has only one mechanic with 100 or more vehicle to maintain. Jim Kleon had another employee to leave his shop in Columbus, Ohio to come to Springfield, Ohio to sit in my shop and watch me work. I called Jim Kleon to inquire about the purpose of the other employee being sent to my shop. And to my horror his tone immediately escalated and he being to scream for what felt like three minutes. I felt very nervous and intimidated as if he was saying I was incompetent, when he final stop screaming, I asked so am I incompetent now? His response was to slam the phone in my ear. This is just one example of unfair treatment I received on the job.

On March 2, 2019 I had an incident at my shop, I was letting down a truck from the lift and I heard a crunching sound, I stop and raised the truck back up and I walked around the truck, I saw that the ladder was too close to the truck and the side mirror middle piece popped off, I popped it back on, the mirror was not broken. I reported the incident to Jim Kleon, and I was put on a final warning on March 15, 2019 with no verbal or written warning just a final warning for a minor incident. Jim Kleon told me to order a new side mirror, but the sign mirror had no signs of damage. Amerit fleet Solution, Inc told us to report every incident know matter how small and when I did, I am put on final warning.

5) Violation of my Civil Right and Privacy and Company Policy.
For over a year I could not access my email account from my desk top computer after the computer was replaced. I called IT many times they tried to retrieve my email account but could not. On January 22, 2019 I received an email from Mary Fisher on my iPad, she was responding to an email she received from me, but I never initiated an email to her. Immediately I called Jim Kleon, I said my email has been hacked and this is alarming that suspicious activity is being done with my account and they are sending emails in my name. His response was that's weird. Approximately 2 weeks later, on February 06, 2019 I had to fill out this I9 form, but I could not get into my email from my desktop so, I went over to Eric Williams shop in Kettering, Ohio. When I walked into Eric Williams office and look at his computer my email was open on the screen. I asked him is that my email account. Eric did something and the computer shut down and he walked away. I rebooted the computer and when it open again my email account was on his computer. I asked him again why is my email account on your computer, his response was you must have log onto my computer, I said NO I did not, he replied yes you did, I said when? his response was when he trained me back in 2015 when I first started working for Amerit Fleet Solution, I was horrified and outrage that he has had access to my email account without my authorization. Eric Williams was using and sending email as if he was me. AS I NEVER gave him authorization to use my account. First, I texted Jim Kleon informing him that Eric Williams is the one using my email account. Then again, I called Jim Kleon to express my outrage and how I felt violated. His response was to change your password. I call Amerit fleet Solution, Inc and spoke with Monica McKinney, she wrote the situation up and reported it to IT. IT called me right away. I explain what was happening, but he could not solve the problem because it was At&t system and not Amerit Fleet Solution, Inc system. So, I contact At&t's IT department and they connected me to Access Protection and when I told Access Protection what was happening, they were outrage and said we will get to the bottom of this. Because I am a contractor with At&t they had to contact Amerit fleet Solution, Inc to get permission to gain access to the computer. But Amerit fleet Solution, Inc did not allow At&t's Access Protection to gain access into the computer. From this point I was treated as a victim of systemic racism.

~ 3 ~

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | |
|---|---|---|
| H-2019005393 | Monica M. Rider | vs. Amerit Solution Inc |
| | | vs. |
| | | vs. |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

When I was hired with Amerit Fleet Solution, Inc. My plan was to retire in 2031. I would like the court to compensate me for 12 years of lost wages, raises, vacation time, sick leave time. I also would like to be compensated for wrongful terminations, unfair treatment, harassment, Intimidation, disrepect, right violated, humiliation, job discrimation and punitive damages. Total of $10,000,000

I state under penalty of perjury that the foregoing is true and correct. Executed on this 03 day of March, 2021.

*Monica M Rider*
Signature of Plaintiff

-4-