**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MONICA M. RIDER, Plaintiff, | ) | CASE NO. 3:21-CV-00077-WHR |
| | ) | JUDGE WALTER H. RICE |
| v. | ) | |
| AMERIT FLEET SOLUTION, INC., *et al.*, Defendant. | ) | **ORDER GRANTING DEFENDANT AMERIT FLEET SOLUTIONS, INC.'S RENEWED MOTION TO COMPEL ARBITRATION AND STAY THIS ACTION** |

This matter is before the Court on Defendant Amerit Fleet Solutions, Inc.'s ("Defendant") Renewed Motion To Compel Arbitration And Stay Court Action Or, In The Alternative, To Dismiss Motion ("Motion"). Having considered Defendant's Motion, the Memorandum in Support and the exhibits thereto, IT IS HEREBY ORDERED:

Defendant's Motion to Compel Arbitration is GRANTED. The Court compels Plaintiff to arbitrate the claims in her Complaint in arbitration and stays all litigation in this matter pending resolution of the arbitration.

**SO ORDERED.**

Dated: ___________________________

___________________________
**HON. WALTER H. RICE**