# Exhibit 1

Monica Rider

Gmail

Mm Rider <monmrider15@gmail.com>

# Arbitration

1 message

**Mm Rider** <monmrider15@gmail.com> Thu, Nov 19, 2020 at 7:25 AM
To: HRsupport@ameritfleet.com

I have called Amerit Fleet Solution 4 times and know one has called me back yet. My name is Monica Rider, I was terminated 04/11/2019 in Springfield Ohio. I have been looking for an attorney to take my case and I was told that I signed an arbitration form and that I can not sue in court but have to have an arbitration hearing. So I have been calling to set up an arbitration. I was wrongfully terminated and discriminated against and harassed and had my privacy invaded.
I would like an arbitration hearing. You can reach me at 815-793-3472. I did not know that I signed an arbitration agreement and that was not explained me.

Monica Rider
815-793-3472
monmrider15@gmail.com

Gmail **Mm Rider <monmrider15@gmail.com>**

# [#137877] Re: Arbitration

3 messages

**Grace Curiel (Amerit - HR Support)** <support@ameritfleethr.zendesk.com> Thu, Nov 19, 2020 at 1:34 PM
Reply-To: Amerit - HR Support <support+id137877@ameritfleethr.zendesk.com>
To: Mm Rider <monmrider15@gmail.com>

##- Please type your reply above this line -##

Your request (137877) has been updated. To add additional comments, reply to this email.

Grace Curiel (Amerit Fleet)
Nov 19, 2020, 10:34 AM PST

Hi Monica,

This has been escalated to the management team.

Thanks,

Grace Curiel
HR Specialist
Amerit Fleet Solutions
HR Support Number:
925.444.2884
Help Desk: HRSupport@ameritfleet.com
Benefits: help@league.com
1331 N. California Blvd Ste. 150
Walnut Creek, CA 94596

Mm Rider
Nov 19, 2020, 4:26 AM PST

I have called Amerit Fleet Solution 4 times and know one has called me back yet. My name is Monica Rider, I was terminated 04/11/2019 in Springfield Ohio. I have been looking for an attorney to take my case and I was told that I signed an arbitration form and that I can not sue in court but have to have an arbitration hearing. So I have been calling to set up an arbitration. I was wrongfully terminated and discriminated against and harassed and had my privacy invaded.
I would like an arbitration hearing. You can reach me at 815-793-3472. I did not know that I signed an arbitration agreement and that was not explained me.

Monica Rider
815-793-3472

Gmail

Mm Rider <monmrider15@gmail.com>

# [#146455] Re: RE: [#137877] Re: Arbitration

2 messages

**Grace Curiel (Amerit - HR Support)** <support@ameritfleethr.zendesk.com> Tue, Jan 12, 2021 at 1:47 PM
Reply-To: Amerit - HR Support <support+id146455@ameritfleethr.zendesk.com>
To: Mm Rider <monmrider15@gmail.com>

##- Please type your reply above this line -##

Your request (146455) has been updated. To add additional comments, reply to this email.

Grace Curiel (Amerit Fleet)
Jan 12, 2021, 10:47 AM PST

Hello,

The Senior Human Business Partner let me know that she has tried contacting you twice in the past and you have not returned her call.

Thanks,

Grace Curiel
HR Specialist
Amerit Fleet Solutions
HR Support Number:
925.444.2884
Help Desk: HRSupport@ameritfleet.com
Benefits: help@league.com
1331 N. California Blvd Ste. 150
Walnut Creek, CA 94596

Mm Rider
Jan 12, 2021, 6:19 AM PST

I contacted Ameri fleet Solution in November 2020 about an Arbitration hearing and I have not heard from anyone yet. So after the next 10 business days I will petition the court about this matter, That I unaware sign an arbitration at the time of employment and have ask for a hearing.
Monica Rider
815-793-3472

Sent from my T-Mobile 5G Device

-------- Original message --------
From: "Grace Curiel (Amerit - HR Support)" <support@ameritfleethr.zendesk.com>
Date: 11/19/20 1:34 PM (GMT-05:00)
To: Mm Rider <monmrider15@gmail.com>
Subject: [#137877] Re: Arbitration

This email is a service from Amerit Fleet. Delivered by Zendesk

[3PRYP5-XMG0]

---

**monmrider15** <monmrider15@gmail.com> Tue, Jan 12, 2021 at 1:59 PM
To: Amerit - HR Support <support+id146455@ameritfleethr.zendesk.com>

I am not sure what number she called and I check my voice messages and did not find a voice message. So my number is 815-793-3472

[Quoted text hidden]