# Exhibit 1

## Monica Rider

**United States District Court**
**Southern District of Ohio**
**Western Division**

| | | |
|---|---|---|
| **Plaintiff** | : | |
| **Monica M Rider** | | **Judge Walter H. Rice** |
| **V.** | : | |
| **Defendant** | | |
| **Amerit Fleet Solution, Inc., *et al.*,** | : | **Case NO. 3:21-CV-00077** |

propose **ORDER – VACATING RENEWED MOTION TO COMPEL TO ARBITRATE AND STAY COURT ACTION, OR IN THE ALTERNATIVE, TO DISMISS – DELAY IN ENFORCING ARBITRATION {9 U.S.C.A. § 3}**

The motion of Plaintiff Monica M Rider, for an order vacating the order of the court dated June 16, 2021, Granting a stay of the trial and all proceeding in this action until arbitration has been had pursuant to a written agreement between the parties having come on for hearing, and the court, after hearing the arguments of plaintiff and after considering the file, having found that defendant has neglected, failed, default and refuse and delayed for 24 months to use the procedures at hand under Title 9, United States Code, to enforce an arbitration, that further delay is apparent, and that, in the interest of expedition in resolving the issue between the parties, the lawsuit should be promptly tried;

IT IS ORDERED that the order of the court, Granting a stay of the trial and all proceedings in this action pending arbitration of the issues involved be vacated and set aside.

**SO, ORDERED.**

Dated: ____________________

____________________________
Honorable Judge Walter H. Rice
United States District Judge