2021 JUN 16 AM 10:39

**United States District Court**
**Southern District of Ohio**
**Western Division**

| | | |
|---|---|---|
| **Plaintiff** | : | |
| **Monica M Rider** | | **Judge Walter H. Rice** |
| **V.** | : | |
| **Defendant** | | |
| **Amerit Fleet Solution, Inc., *et al.*,** | : | **Case NO. 3:21-CV-00077** |

## Motion for- ORDER TO SHOW CAUSE – WHY ATTORNEY SHOULD NOT BE HELD IN COMPTEMPT, UNDER PENALTY OF PERJURY

Affirmation or declaration under penalty of perjury in accordance with *18 U.S.C. 1621 in lieu of oath, 28 U.S.C § 1746.* A statement that has been signed by a declarant who will be found guilty of perjury if the facts declared in the statement are shown to be materially false.

Whoever engages in any conduct with the intent to convey false or misleading information under circumstances where such information may reasonably be believe and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of chapter 2, 10, 11B, 39, 40, 44, 111, or 113B of this title. *18 U.S. Code § 1038(a)(b).*

The Defendant's Motion to Compel Arbitration and Stay Court Action or, in the Alternative, to Dismiss, has sworn declarations that is false and misleading.

Jennifer Stephens filed a declaration, Defendant's **Exhibit A** stating that this is a true and correct copy of the Arbitration Agreement, under penalty of perjury, a sworn statement to be true and correct copy of the Arbitration Agreement in Defendant's **Exhibit 1** which is a blank copy. **Not True**.

Defendant's Attorney also filed under background in (Doc #5) that "This Arbitration Agreement was a separate standalone agreement that was not encompassed in any other document between parties". **Not True.**

Under Plaintiff's Complaint and Procedural Status in (Doc #5), Defendant's Attorney stated, "Plaintiff filed her complaint alleging four claims against Amerit Fleet Solution: (1) wrongful termination". Wrongful termination has already been Establish in Case NO# *H-2019005393 Monica M Rider vs Amerit Fleet Solution, Inc.*

Another Declaration from Lara A. Grines in (Doc #5) under penalty of perjury to be true and accurate statement in Defendant's **Exhibit B.** "we also met and conferred about Defendant's Motion to Compel Arbitration. The parties were unable to agree as to any stipulation to arbitrate". **Not True**

The Plaintiff Monica M Rider is motioning the Court to Hold Richard E. Hepp, Adam Primm, Heather M Sager, Lara A. Grines and Jennifer Stephens be held in contempt of court under the penalty of perjury and misconduct and

obstruction of justice and malicious prosecution. That all parties per person be held on bond and bail set at 300,000.

Plaintiff is asking the Court and Judge Walter H. Rice to Grant plaintiff summon judgment and punitive damages base on Counsels behavior to plaintiff.

Monica M Rider, Pro SE
[signature]
2262 E David Rd Apt C
Kettering, OH 45440

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2021, I filed an order to show cause, Upon the Clerk's office docketing of this pleading, notice of this Filing will be sent through the Court's electronic filing system to all parties represented by attorney's who are registered users of the Court's electronic filing system as provided for in Fed.R.Civ.P 5(b)(2)(E).