# EXHIBIT A

Case: 3:21-cv-00077-WHR-SLO Doc #: 5 Filed: 04/16/21 Page: 12 of 21 PAGEID #: 47

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MONICA M. RIDER,

Plaintiff,

v.

AMERIT FLEET SOLUTION, INC., JIM KLEON, MONICA MCKINNEY, AND ERIC WILLIAMS

Defendants.

No. 3:21-cv-77

*Assigned to the Hon. Walter H. Rice*

**DECLARATION OF JENNIFER STEPHENS IN SUPPORT OF DEFENDANT AMERIT FLEET SOLUTIONS, INC.'S MOTION TO COMPEL ARBITRATION, AND STAY COURT ACTION, OR, IN THE ALTERNATIVE, TO DISMISS**

Case: 3:21-cv-00077-WHR-SLO Doc #: 5 Filed: 04/16/21 Page: 13 of 21 PAGEID #: 48

I, Jennifer Stephens, hereby declare as follows:

1. I am employed as the Senior Human Resource Business Partner for Amerit Fleet Solutions, Inc. ("AFS").

2. I make this declaration based on my personal knowledge and the information contained in records regularly made and kept by AFS in the ordinary course of business. I am competent to testify if called upon as a witness.

3. I make this Declaration in support of AFS' Motion to Compel Arbitration and Stay Court Action, or, in the alternative, to Dismiss.

4. As part of my employment at AFS, I have access to AFS' records, including personnel file records. I accessed AFS records prior to providing this declaration. Namely, I reviewed Monica Rider's personnel file.

5. Based on my review of AFS' records, Monica Rider is a former AFS employee.

6. Based on my review of AFS' records, Rider and AFS entered into an Arbitration Agreement on May 21, 2018. A true and correct copy of the Arbitration Agreement found in AFS' records is attached as **Exhibit 1** to this Declaration. This Arbitration Agreement is a business record of AFS which is kept and recorded in the ordinary, regular course of business at or near the time of the events that they accurately portray.

///

///

///

7. As part of my employment at AFS, I am aware of its business operations. As part of its business operations, AFS services customers in various states in the United States, including outside of California and Ohio. Specifically, AFS conducts business with clients nationwide. AFS has employees in California, Ohio, and Texas, among many other states.

Executed on this 16 day of April, 2021 at Atlanta, Georgia. I declare under penalty of perjury under the laws of the United States of America and the State of Georgia that the foregoing is true and correct.

Jennifer Stephens

Case: 3:21-cv-00077-WHR-SLO Doc #: 5 Filed: 04/16/21 Page: 15 of 21 PAGEID #: 50

# EXHIBIT 1

Amerit FLEET SOLUTIONS

# MUTUAL AGREEMENT TO ARBITRATE CLAIMS

This Mutual Agreement to Arbitrate Claims Agreement ("Agreement") is made between Amerit Fleet Solutions, Inc. ("Employer") and ____________________________ ("Employee").

In consideration for employment or continued employment at Amerit Fleet Solutions (the "Company"), the Company and Employee hereby mutually agree that any claims arising out of or relating to Employee's employment at the Company or the termination of that employment ("Claims") shall be resolved through binding arbitration pursuant to the Federal Arbitration Act, or relevant state law in the event the Federal Arbitration Act (or any successor or replacement statutes) is found not to apply to Employee's employment at the Company. Claims that must be resolved through binding arbitration include claims for harassment and/or discrimination (including sexual harassment and harassment or discrimination based on race, color, religion, age, sex, sexual orientation, ancestry, national origin, marital status, military service, pregnancy, physical or mental disability, medical condition or any other protected class or condition), retaliation, unpaid compensation, breach of employment contract or covenant, wrongful termination, fraud, defamation, invasion of privacy, and negligence. Claims against the Company's parent, subsidiary, affiliated and successor companies as well as those against the Company's officers, directors, employees and agents must also be resolved through binding arbitration if they arise out of or relate to Employee's employment at the Company or the termination of that employment.

The only exceptions to this Mutual Agreement to Arbitrate Claims ("Agreement") are (1) applications to a court for preliminary injunctive relief, including a temporary restraining order; and (2) Claims that are not made in a court, such as claims for workers' compensation and unemployment benefits. Employee and the Company acknowledge that this Agreement means that Employee and the Company are relinquishing their rights to either a jury trial or a court trial for the resolution of any Claims that Employee and the Company may have against the other.

The arbitration shall be held in the state where Employee resides, before a single neutral arbitrator pursuant to the then-current AAA Arbitration Rules and Procedures for Employment Disputes, to the extent they are consistent with applicable law and this Agreement. Any party may be represented by an attorney and may conduct discovery sufficient to allow the party to adequately arbitrate their claim, including access to essential documents and witnesses, as determined by the arbitrator. In that capacity, the arbitrator shall allow the parties to take depositions and obtain discovery regarding the subject matter of the arbitration and, to that end, use and exercise all the same rights, remedies, and procedures as if the subject matter of the arbitration were pending before a court of law.

The Company shall pay all costs that are unique to arbitration, including the arbitrator's fees. Each party shall bear their own costs which they would be required to bear in court, including attorneys' fees, court reporters' fees, and witness fees. The arbitrator may grant any relief that would be available in court, including an award of attorneys' fees and any other costs (in whole or in part) to the prevailing party in a manner consistent with applicable law.

____________________
Employee's Initials

Case: 3:21-cv-00077-WHR-SLO Doc #: 5 Filed: 04/16/21 Page: 17 of 21 PAGEID #: 52

Amerit FLEET SOLUTIONS

The arbitrator shall issue a written decision, after a hearing and/or a motion for summary disposition of claims or issues, revealing the essential findings and conclusions on which the award is based. The arbitrator's decision may be judicially enforced in the United Stated District Court with jurisdiction over the locale where the arbitration occurs or the parallel state court, depending on the underlying issue in dispute. If either the Company or Employee pursues any Claim against the other in court that must be resolved through binding arbitration under this Agreement, then the other party shall be entitled to recover all costs, including attorneys' fees, incurred in enforcing this Agreement.

The provisions of this Agreement are severable, and if any part of it is found to be void or otherwise unenforceable, the other provisions shall remain fully valid and enforceable.

This Agreement is the complete agreement between the parties on the subject of arbitration of the Claims described above and supersedes any prior arbitration agreement regarding such Claims. This Agreement cannot be modified except in a written agreement that (1) specifies that it is modifying this Agreement; and (2) is signed by both Employee and the President of the Company.

This Agreement is not an employment agreement and in no way alters the at-will status of Employee's employment at the Company. Employee and the Company understand and agree that either party may terminate the employment relationship at any time, for any reason or no reason, and with or without notice.

Employee and the Company agree that this Agreement may be signed in counterparts and that a copy of a party's signature may be used to enforce this Agreement.

I ACKNOWLEDGE THAT I HAVE CAREFULLY READ THIS AGREEMENT, THAT I UNDERSTAND ITS' TERMS AND THAT BY SIGNING THIS AGREEMENT, I AM GIVING UP MY RIGHT TO A JURY TRIAL. I HAVE ENTERED INTO THIS AGREEMENT VOLUNTARILY AND NOT IN RELIANCE ON ANY PROMISE OR REPRESENTATION BY THE COMPANY OTHER THAN THOSE CONTAINED IN THIS AGREEMENT.

Monica M Rider
Employee Signature

05/21/15
Date

Monica M Rider
Employee Name (Please Print)

Dan Walker
Amerit Fleet Solutions, Inc.

Date

Case: 3:21-cv-00077-WHR-SLO Doc #: 3 Filed: 04/16/21 Page: 16 of 21 PAGEID

Amerit
FLEET SOLUTIONS
WORRY-FREE FLEET MAINTENANCE

*Certificate of Acknowledgment*

Monica Rider

*Has successfully Acknowledged Receipt of:*

**2018 AFS Mutual Agreement to Arbitrate Claims**

**Date:** 9/20/2018