# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MONICA M. RIDER,

Plaintiff,

v.

AMERIT FLEET SOLUTION, INC., JIM KLEON, MONICA MCKINNEY, AND ERIC WILLIAMS

Defendants.

No. 3:21-cv-77

*Assigned to the Hon. Walter H. Rice*

**DECLARATION OF LARA A. GRINES IN SUPPORT OF DEFENDANT AMERIT FLEET SOLUTIONS, INC.'S MOTION TO COMPEL ARBITRATION AND STAY COURT ACTION, OR, IN THE ALTERNATIVE, TO DISMISS**

I, Lara A. Grines, hereby declare as follows:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California. I am an associate at Perkins Coie LLP, counsel for Defendant Amerit Fleet Solutions, Inc. ("AFS"). I make this declaration based upon my personal knowledge and the files and records maintained by Perkins Coie in the ordinary course of business, and I am competent to testify if called upon as a witness.

2. I make this Declaration in support of AFS's Motion to Compel Arbitration and Stay Court Action or, in the Alternative, to Dismiss (the "Motion").

3. On April 14, 2021, I had a telephone call with Plaintiff Monica Rider ("Plaintiff"). During this call, I confirmed that Plaintiff was not represented by counsel. After receiving confirmation that Plaintiff was self-represented, I informed Plaintiff that my law firm had just been retained and asked for an extension on Defendant's deadline to respond to Plaintiff's complaint. Despite first granting the extension, on April 15, 2021, Plaintiff informed me that she would not be amenable to granting a 2-week extension.

4. In addition to discussing a potential extension on Defendant's time to respond to the complaint, we also met and conferred about Defendant's Motion to Compel Arbitration. The parties were unable to agree as to any stipulation to arbitrate, necessitating Defendant's filing of its Motion to Compel Arbitration.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 15th day of April, 2021 at Los Angeles, California.

Lara Grines

Lara A. Grines

152173968.1