# EXHIBIT A

Search, meet, and call

Connect to a

All | Missed

[redacted]

M +18157933472 4/15 8:59 AM

[redacted]

M MONICA RIDER +18157933472 4/14 2:21 PM

M +18157933472 4/14 1:48 PM

M MONICA RIDER +18157933472 4/14 1:48 PM

M 8157933472

[redacted]

16

Help

PC

Call settings

M

8157933472

4/14

| 1:47 PM | Outgoing | 1m 9s |
|---|---|---|

My Computer

Audio

Video


All
Missed
[redacted]
M +18157933472 4/15 8:59 AM
[redacted]
M MONICA RIDER +18157933472 4/14 2:21 PM
M +18157933472
M MONICA RIDER +18157933472 4/14 1:48 PM
[redacted]
Help
PC
Call settings
M
+18157933472
4/14
1:48 PM
Outgoing
2m 24s
My Computer
Audio
Video


Search, meet, and call
All
Missed
[redacted]
M
+18157933472
4/15
8:59 AM
[redacted]
M
MONICA RIDER
+18157933472
M
+18157933472
4/14
1:48 PM
M
MONICA RIDER
+18157933472
4/14
1:48 PM
M
8157933472
4/14
1:47 PM
[redacted]
Help
PC
Call settings
M
MONICA RIDER
+18157933472
4/14
2:21 PM
Incoming
1m 46s
My Computer
Audio
Video

Search, meet, and call

Connect to a

All Missed

[redacted]

[redacted]

M +18157933472

[redacted]

M MONICA RIDER +18157933472 4/14 2:21 PM

M +18157933472 4/14 1:48 PM

M MONICA RIDER 4/14

16

Help

PC

Call settings

M

+18157933472

4/15

| | | |
|---|---|---|
| 8:59 AM | Outgoing | 38s |

My Computer

Audio Video