# Exhibit B

Docket No: H-2019005393

State of Ohio
Unemployment Compensation Review Commission
P.O. Box 182299
Columbus, Ohio 43218-2299

*RCE19148X0000000020G*

# DECISION

**In re claim of:**
Monica M Rider - Appellant

**Employer:**
Amerit Fleet Solutions, Inc
UCO No.: 1513716001-0000

## CASE HISTORY

The claimant, Monica M Rider, filed an Application for Determination of Benefit Rights for a benefit year beginning April 07, 2019.

On May 09, 2019, the Director issued a Redetermination disallowing claimant's application, based upon the finding that claimant was discharged from employment with Amerit Fleet Solutions, Inc for just cause in connection with work. It was further held that no benefits will be paid until claimant obtains covered employment, works six weeks, earns wages of $1,566.00 or more, and is otherwise eligible.

The claimant was also held to be ineligible for benefits the week ending April 13, 2019, because she was not able to work.

Other matters may have been addressed by the Redetermination which are not relevant to this case.

On May 13, 2019, the claimant filed an appeal from the Redetermination.

On May 14, 2019, the Ohio Department of Job and Family Services transferred jurisdiction to the Unemployment Compensation Review Commission.

On May 28, 2019, a hearing was held before Hearing Officer David T. Spencer, by telephone. The claimant appeared and was represented by her attorney, Rabbi Smith. Amerit Fleet Solutions, Inc was represented by human resources associate, Monica McKinney.

## FINDINGS OF FACT

The claimant worked for Amerit Fleet Solutions, Inc as a mechanic from December 7, 2015 April 11, 2019. On March 5, 2019, the claimant was issued a final written warning for damaging a vehicles mirror. The claimant had the van on a lift and had been using a ladder. However, when the claimant lowered the van she forgot to remove the ladder and the mirror was damaged. On April 11, 2019, the claimant was discharged for poor job performance. However, no further incidents of misconduct occurred after she received the final written warning.

The claimant was sick from March 20, 2019, through April 9, 2019. However, this predated her application for unemployment and she worked with Amerit Fleet Solutions, Inc during this period.

**ISSUE 1**

Was claimant discharged by Amerit Fleet Solutions, Inc without just cause in connection with work?

**LAW**

An individual is not disqualified for benefits if the individual was discharged without just cause in connection with work. *Section 4141.29 (D) (2) (a) O.R.C.* For applications filed on and after August 1, 2004, a non-disqualifying separation from employment is a requirement for a valid application. *Section 4141.01 (R) (2) O.R.C.*

**REASONING**

The claimant was discharged for poor job performance. However, absent further incidents of misconduct after receiving the final written warning her separation was not justified. The claimant was warned and then following that warning she amended her behavior and no further incidents occurred. Misconduct by the claimant has not been shown and her separation was not reasonable. The Hearing Officer finds the claimant was discharged by Amerit Fleet Solutions, Inc without just cause in connection with work.

**ISSUE**

Was claimant eligible for benefits for the weeks in question?

**LAW**

An individual is not eligible for benefits for any week unless the individual has met the following conditions:

Filed a valid application for determination of benefit rights. 4141.29 (A) (1) O.R.C.

Filed a timely claim for benefits. 4141.29 (A) (2) O.R.C.

Registered at an employment office. 4141.29 (A) (3) O.R.C.

Able to work and available for and actively seeking suitable work. 4141.29 (A) (4) O.R.C.

Unable to obtain suitable work. An individual who works as a temporary and is required to inquire with the employer for available work when they complete an assignment, is not considered to have met the "unable to maintain" requirement if suitable work is available with the employer, but the individual fails to contact the employer to inquire about work assignments. 4141.29 (A) (5) O.R.C.

Participates in profiling system if identified as needing reemployment services. 4141.29 (A) (6) O.R.C.

**REASONING**

An individual is not eligible for unemployment compensation benefits for any week in which the claimant was

not able to work. In the present case, the claimant was sick from March 20, 2019 to April 9, 2019. However, the claimant was able to work during this time because she was still employed and continued to work during her illness. The Hearing Officer finds the claimant was able to work the week ending April 13, 2019, and this week is no longer disallowed.

**DECISION**

The Director's Redetermination, issued May 09, 2019, is reversed with respect to claimant's separation from Amerit Fleet Solutions, Inc.

Claimant was discharged by Amerit Fleet Solutions, Inc without just cause in connection with work.

Claimant was able to work the week ending April 13, 2019, and this week is no longer disallowed.

Claimant's Application for Determination of Benefit Rights is no longer disallowed based upon a disqualifying separation from employment. This case is remanded to the Ohio Department of Job and Family Services to determine claimant's monetary entitlement and any charges to the base period employers.

This decision rules only on the issue(s) set forth above.

David T. Spencer, Hearing Officer

DTS
OJI Determination #: 231275760

*[RCX Temp: DWC-R-Y-DUDA]*

*RCE119148X000000030G*

**APPEAL RIGHTS**

This decision was mailed on : May 29, 2019

A Request for Review before the U.C. Review Commission may be filed by any interested party within twenty-one calendar days after this decision is mailed. Said twenty-one day period is calculated to end on June 19, 2019.

This decision of the Review Commission will be final if not appealed within the time limit described above.

The Request for Review must be in writing and signed by the appealing party or an authorized representative. The request should set forth the reasons why the appellant disagrees with the Hearing Officer's decision. You may file your Request for Review by mailing it to the U.C. Review Commission, PO Box 182299, Columbus, Ohio 43218-2299, or by faxing it to (614) 387-3694.

This decision was sent to the following:

Monica M. Rider - Interested Party
2262 E DAVID RD
APT C
KETTERING, OH 45440-1645
Via Email

Amerit Fleet Solutions, Inc - Interested Party
1331 N CALIFORNIA BLVD STE 150
WALNUT CREEK, CA 94596-4535

Attn: Amerit Fleet Solutions, Inc
CORPORATE COST CONTROL INC - Interested Party
PO Box 1180
Londonderry, NH 03053-1180