# Exhibit C

4:33 100%

Phone

April 14, 2021

| | | |
|---|---|---|
| 5 | +1 310-788-3232 | 5:21 PM |
| | Legal Shield | 4:59 PM |
| 4 | Perkins Coie Ll<br>+1 310-788-3232 | 4:49 PM |
| 3 | +1 310-788-3232 | 4:48 PM |
| 2 | Perkins Coie Ll<br>+1 310-788-3232 | 4:47 PM |
| | (800) 464-2266 | 2:40 PM |
| | Demetrius Willi<br>+1 513-551-3592 | 1:02 PM |
| 1 | Perkins Coie Ll<br>+1 310-788-3232 | 12:17 PM |

Keypad Recents Contacts Places

4:33 100%

Phone

Perkins Coie Ll
+1 310-788-3232
4:49 PM

+1 310-788-3232
4:48 PM

Perkins Coie Ll
+1 310-788-3232
4:47 PM

(800) 464-2266
2:40 PM

Demetrius Willi
+1 513-551-3592
1:02 PM

1 Perkins Coie Ll
+1 310-788-3232
12:17 PM

Incoming call, 1 min 12 secs
Add to Contacts

Keypad Recents Contacts Places

5:58 56%

Phone

Perkins Coie Ll
+1 310-788-3232
4:49 PM

+1 310-788-3232
4:48 PM

2 Perkins Coie Ll
+1 310-788-3232
4:47 PM

Declined call
Add to Contacts

(800) 464-2266
2:40 PM

Demetrius Willi
+1 513-551-3592
1:02 PM

Perkins Coie Ll
+1 310-788-3232
12:17 PM

Keypad Recents Contacts Places

3


5:58
56%
Phone
Perkins Coie Ll
+1 310-788-3232
4:49 PM
+1 310-788-3232
4:48 PM
Outgoing call, 0 mins 18 sec
Add to Contacts
Perkins Coie Ll
+1 310-788-3232
4:47 PM
(800) 464-2266
2:40 PM
Demetrius Willi
+1 513-551-3592
1:02 PM
Perkins Coie Ll
+1 310-788-3232
12:17 PM
Keypad
Recents
Contacts
Places

4


4:33
100%
Phone
+1 310-788-3232
5:21 PM
Legal Shield
4:59 PM
Perkins Coie Ll
+1 310-788-3232
4:49 PM
Incoming call, 2 mins 16 sec
Add to Contacts
+1 310-788-3232
4:48 PM
Perkins Coie Ll
+1 310-788-3232
4:47 PM
(800) 464-2266
2:40 PM
Demetrius Willi
1:02 PM
Keypad
Recents
Contacts
Places


4:34
100%
Phone
+1 310-788-3232
5:21 PM
5
Outgoing call, 1 min 40 secs
Add to Contacts
Legal Shield
4:59 PM
Perkins Coie Ll
+1 310-788-3232
4:49 PM
+1 310-788-3232
4:48 PM
Perkins Coie Ll
+1 310-788-3232
4:47 PM
(800) 464-2266
2:40 PM
Demetrius Willi
Keypad
Recents
Contacts
Places

4:34 100%

Phone

Carlotta 1:14 PM

April 15, 2021

(937) 339-1500 4:20 PM

Legal Shield 2:23 PM

Perkins Coie Ll 11:59 AM
+1 310-788-3232

Incoming call, 0 mins 21 sec
Add to Contacts

Legal Shield 10:31 AM

April 14, 2021

+1 310-788-3232 5:21 PM

Keypad Recents Contacts Places